UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF MANUFACTURERS**, **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA**, and **BUSINESS ROUNDTABLE**,<br><br>Plaintiffs,<br><br>v.<br><br>**SECURITIES AND EXCHANGE COMMISSION**,<br><br>Defendant,<br><br>**AMNESTY INTERNATIONAL USA**, **and AMNESTY INTERNATIONAL LTD.**,<br><br>Intervenor-Defendants. | Civil Action No. 13-cv-635 (RLW) |

## ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment (Dkt. No. 15), Defendant's Cross-Motion for Summary Judgment (Dkt. No. 16), Defendant-Intervenors' Cross-Motion for Summary Judgment (Dkt. No. 17), the parties' respective briefing, the Joint Appendix relied upon as the administrative record in this action, and the arguments and presentation of counsel during the hearing on July 1, 2013, for the reasons set forth in the accompanying Memorandum Opinion it is hereby,

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**; it is,

**FURTHER ORDERED** that Defendant's and Defendant-Intervenors' Cross-Motions for Summary Judgment are **GRANTED**; and it is,

**FURTHER ORDERED** that, pursuant to 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure 5.1(b), the Clerk of Court shall certify a copy of this Order and the accompanying Memorandum Opinion to the United States Attorney General.  Pursuant to Federal Rule 5.1(c), the Court rejects Plaintiffs' constitutional challenge to 15 U.S.C. § 78m(p), but the Court will entertain a motion for reconsideration filed by the United States, if the United States nevertheless determines that intervention is necessary for some reason.

**SO ORDERED.**

Date:  July 23, 2013

                                            ROBERT L. WILKINS
                                            United States District Judge